Cynthia Z. Levin, Esq. (PA 27070)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE REICHENBACH,** | Case No. 4:11-CV-2034-JEJ |
| Plaintiff, | **JOINT REQUEST TO DISMISS WITH PREJUDICE** |
| vs. | |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 20th day of July, 2012

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Ronald M. Metcho
Marshall, Dennehey, Warner, Coleman & Goggin, P.C.
Attorney for Defendant

Filed electronically on this 20th day of July, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Ronald M. Metcho, Esq.
Marshall, Dennehey, Warner,Coleman & Goggin, P.C.
1845 Walnut Street, 17th Floor
Philadelphia PA 19103

This 20th day of July, 2012.

s/Todd M. Friedman
Todd M. Friedman