# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE REICHENBACH,** | ) Case No. 4:11-CV-2034-JEJ |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this __20th__ day of July, 2012.


/s/ John E. Jones III
_____
The Honorable John E. Jones, III

Order to Dismiss - 1